# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SCOTT LEROY NICHOLS,

    *Petitioner*,

vs.

JAMES G. COX, *et al.,*

    *Respondents*.

2:04-cv-01540-JCM-RJJ

ORDER

This stayed habeas matter under 28 U.S.C. § 2254 comes before the court on the represented petitioner's motion (#60) to reopen following the exhaustion of state judicial remedies, which motion has not been opposed.

IT THEREFORE IS ORDERED that the petitioner's motion (#60) to reopen is GRANTED and that this matter hereby is REOPENED.

IT FURTHER IS ORDERED that petitioner shall have forty-five (45) days within which to file any amended petition together with the state court record exhibits from the intervening state court proceedings. The court will screen any amended petition and/or state court record exhibits filed prior to ordering further action in the case.

DATED: May 9, 2011.

_____
JAMES C. MAHAN
United States District Judge