# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SCOTT LEROY NICHOLS,

    *Petitioner*,

vs.

JAMES G. COX, *et al.*

    *Respondents*.

2:04-cv-01540-JCM-CWH

ORDER

IT IS ORDERED that petitioner's motion (#71) for enlargement of time is GRANTED *nunc pro tunc*, in connection with petitioner's response filed on June 15, 2012.

IT FURTHER IS ORDERED that respondents' motion (#73) for enlargement of time also is GRANTED *nunc pro tunc*, such that the time for respondents to file a reply is extended up to and including July 6, 2012.

DATED July 10, 2012.

_____
JAMES C. MAHAN
United States District Judge