# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT LEROY NICHOLS,<br><br>    *Petitioner*,<br><br>vs.<br><br>JAMES G. COX, *et al.*<br><br>    *Respondents*. | 2:04-cv-01540-JCM-CWH<br><br>ORDER |

Respondents' motion (#78) for enlargement of time is GRANTED *nunc pro tunc*, and the time for respondents to file a response to the petition, as amended, is extended to May 25, 2013.

DATED: This 24th day of May, 2013.

_____
JAMES C. MAHAN
United States District Judge